UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

File No. 00-CV-656 (MJD/JGL)

Wesley Eitel,

Plaintiff,

v.

Crown Financial Group, Inc., and Kevin Reeves, individually,

Defendants and Third-Party Plaintiffs,

v.

Receivables Management Solutions, Incorporated, a/k/a/ Receivable Management Solution, Inc., a/k/a/ Receivable Management Services; James Henschell; and Evan McCollum,

Third-Party Defendants.

**STIPULATION EXTENDING DEADLINE FOR SUBMISSION OF RESPONSIVE PLEADINGS**

The undersigned hereby stipulate and agree to the entry of an Order extending the deadline by which Receivable Management Solutions, James Henschell and Evan McCollum (hereinafter referred to collectively as the "Third-Party Defendants") are required to submit an Answer or other responsive pleading to the Third-Party Complaint served and filed in the above-referenced proceeding. In accordance with this Stipulation and Agreement, the Third-Party Defendants' responses to the Third-Party Complaint will now be due on or before July 12, 2000.

JUN 27 2000
FILED
FRANCIS . 'LERK
JUDGMENT EN
DEPUTY CLERK

Eitel v. Crown Financial Group, Inc. and Kevin Reeves
00cv656 (MJD/JGL)

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By Ben G. Campbell
Ben G. Campbell (224686)
333 South Seventh Street, Suite 2000
Minneapolis, Minnesota 55402
612/340-7940

DATED: 6/16, 2000

*Attorneys for Defendants and Third-Party Plaintiffs Crown Financial Group, Inc., and Kevin Reeves, individually*

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By Michael A. Klutho
Michael A. Klutho (186302)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402-3787
612/333-3000

DATED: 6/19, 2000

*Attorneys for Third-Party Defendants Receivables Management Solutions, Incorporated, a/k/a/ Receivable Management Solution, Inc., a/k/a/ Receivable Management Services and Evan McCollum*

MORRISON & FENSKE, P.A.

By W. C. Peper
William C. Peper (230960)
5125 County Road 101, Suite 102
Minnetonka, Minnesota 55345
612/975-0050

DATED: 6-19, 2000

*Attorneys for Third-Party Defendant James Henschell*

**IT IS SO ORDERED:**

Michael J. Davis
**United States District Court Judge**

**DATE: 6 · 23, 2000**

537169-1