UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-656 MJD/JGL

EITEL,

Plaintiff,

v.

**PRETRIAL ORDER**

CROWN FINANCIAL CORPORATION, ET AL.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 2-3 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2000;

3. Plaintiff shall disclose all expert witnesses by April 1, 2001 and reports by May 1, 2001, and Defendants shall disclose all expert witnesses by May 1, 2001, reports by June 1, 2001;

4. The period during which the parties may seek discovery shall be completed by July 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to November 1, 2001; and

7. This case will be considered "ready for trial" as of November 1, 2001.

DATED: September 6, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 9/6/00
Francis E. Dosal, Clerk
Judgment Entd. ______
Deputy Clerk ______