**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-656 MJD/JGL**

---

Wesley Eitel,

Plaintiff,

-vs-

Crown Financial Group, Inc., and
Kevin Reeves, individually,

Defendants and Third-Party
Plaintiffs,

-vs-

Receivables Management Solutions, Incorporated
a/k/a Receivable Management Solution, Inc. a/k/a
Receivable Management Services; James Henschell; and
Evan McCollum,

Third-Party Defendants.

---

**ORDER**

---

The above-referenced matter came before The Honorable Magistrate Judge upon the motion Plaintiff's Motion to Amend His Complaint.

Thomas J. Lyons, Jr., Esq. appeared on behalf of the Plaintiff, Ben G. Campbell, Esq. appeared on behalf of Defendants Crown Financial and Kevin Reeves and Thomas Schaefer, Esq. appeared on behalf of Third Party Defendants Receivables Management Solutions, Inc., James Henschell, Evan McCollum and Mark Hogland.

The Court having heard the arguments of counsel, being fully advised in the premises and upon all the files, records and proceedings herein, IT IS HEREBY ORDERED, that Plaintiff's Motion to Amend his Complaint is **GRANTED**.

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

DATED: Oct. 19, 2000

Jonathan G. Lebedoff, Magistrate Judge
United States District Court