**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 00-656 MJD/JGL**

---

Wesley Eitel,

Plaintiff,

-vs-

Crown Financial Group, Inc., and
Kevin Reeves, individually,

Defendants and Third-Party
Plaintiffs,

-vs-

Receivables Management Solutions, Incorporated
a/k/a Receivable Management Solution, Inc. a/k/a
Receivable Management Services; James Henschell; and
Evan McCollum,

Third-Party Defendants.

**STIPULATION AND ORDER TO AMEND PLAINTIFF'S AMENDED COMPLAINT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that:

1. Plaintiff will file the attached proposed Second Amended Complaint adding additional facts and changing the caption, ten (10) days from the date of this Order.

2. Defendants will have twenty (20) days after service of Plaintiff's Second Amended Complaint to interpose an Answer or otherwise plead and is in no way an admission to the allegations in Plaintiff's Second Amended Complaint; and

3. That this Stipulation is in accordance with Fed. R. Civ. P. 15.

**CONSUMER JUSTICE CENTER, P.A.**

By: ______________________
Thomas J. Lyons, Jr. (#249646)

**RIDER BENNETT EGAN & ARUNDEL, P.L.L.P.**

By: ______________________
Ben G. Campbell (#224686)

FILED FEB 2 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______

Attorney for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
Telephone: (651) 770-9707

Attorney for Defendants Crown Financial and Kevin Reeves
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 340-7940

**ERSTAD & RIEMER, P.A.**

By: ______________________
Thomas H. Schaefer (#231587)
Attorney for Third Party Defendants Receivables Management, Evan McCollum and James Henschell
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431
Telephone: (952) 896-3700

**ORDER**

Pursuant to the foregoing Stipulation, Plaintiff may serve upon the Defendants the Second Amended Complaint, which is attached hereto.

LET THE STIPULATION BE ENTERED ACCORDINGLY.

Dated: Feb 20, 2001

BY THE COURT:

______________________
Magistrate Judge Jonathan G. Lebedoff
United States District Court