UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Wesley Eitel,

Plaintiff,

MJD/JGL
Case No. CV 00-656

vs.

Crown Financial Group, Inc., and,
Kevin Reeves, individually,

Defendants and Third-Party Plaintiffs

vs.

Receivables Management Solutions, Incorporated a/k/a Receivable Management Solution, Inc. a/k/a Receivable Management Services; James Henschell; and Evan McCollum,

Third-Party Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KEVIN REEVES**

---

## STIPULATION

The above-entitled action, having been fully compromised and settled between Plaintiff Wesley Eitel and Defendant Kevin Reeves,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that Defendant Kevin Reeves may be and hereby is dismissed with prejudice for this action and on the merits, but without further costs or attorneys' fees to any of the parties.

**IT IS FURTHER STIPULATED AND AGREED** that any of the parties to this stipulation, without notice to the others, may cause judgment of dismissal with prejudice of Kevin Reeves and

FILED AUG 29 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD AUG 29 2001
DEPUTY CLERK

on the merits to be entered herein.

**CONSUMER JUSTICE CENTER, P.A.**

By ______________________
Thomas J. Lyons, Jr.
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707
Attorneys for Plaintiff Wesley Eitel

Dated: 4/23, 2001

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By ______________________
Ben G. Campbell
John R. Neve
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7940
Attorneys for Defendant Kevin Reeves

Dated: 4/17, 2001

**ORDER**

Pursuant to the foregoing Stipulation, Defendant Kevin Reeves is hereby dismissed with prejudice from this action and without costs to any party and judgment may be entered accordingly.

**BY THE COURT:**

Dated: August 29, 2001

______________________
United States District Court Judge