UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wesley Eitel,

Plaintiff,

MJD/JGL
Case No. CV 00-656

vs.

Crown Financial Group, Inc., and,
Kevin Reeves, individually,

Defendants and Third-Party Plaintiffs

vs.

Receivables Management Solutions, Incorporated a/k/a Receivable Management Solution, Inc. a/k/a Receivable Management Services; James Henschell; and Evan McCollum,

Third-Party Defendants.

**STIPULATION FOR DISMISSAL OF THIRD-PARTY COMPLAINT** WITH PREJUDICE

**STIPULATION OF DISMISSAL** WITH PREJUDICE

PLEASE TAKE NOTICE that the Third-Party Complaint of Crown Financial Group, Inc. and Kevin Reeves against Receivables Management Solutions, Incorporated, James Henschell and Evan McCollum in the above-captioned lawsuit has been and the same is hereby dismissed, with prejudice, without costs to any party, pursuant to Rule 41 (a) and (c) of the Federal Rules of Civil Procedure.

**CONSUMER JUSTICE CENTER, P.A.**

By ______________________
Thomas J. Lyons, Jr.
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
Attorneys for Plaintiff Wesley Eitel

Dated: 6/29, 2001

FILED AUG 31 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**RIDER, BENNETT, EGAN & ARUNDEL, LLP**

By ______________________
Ben G. Campbell
John R. Neve
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7940
Attorneys for Defendants and Third-Party Plaintiffs Crown Financial, Inc. and Kevin Reeves

Dated: 6/21, 2001

**ERSTAD & RIEMER, P.A.**

By ______________________
Thomas H. Shaefer (#231587)
200 Riverview Office Tower
8009-34th Avenue South
Minneapolis, MN 55425
(952) 837-3250
Attorneys for and Third-Party Defendants Receivables Management Solutions, Incorporated, James Henschell and Evan McCollum

Dated: 6/22, 2001

**ORDER FOR DISMISSAL**

PURSUANT TO Rule 41 (a) and (c) of the Federal Rules of Civil Procedure, and the above Stipulation of Dismissal, it is ordered that the Third-Party Complaint of Crown Financial Group, Inc. and Kevin Reeves against Receivables Management Solutions, Incorporated, James Henschell and Evan McCollum, in the above-captioned lawsuit be and is hereby dismissed, with prejudice, without costs to any party.

**BY THE COURT:**

DATED: 7-3, 2001.

______________________
United States District Court Judge

694911-1