# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wesley Eitel,

Plaintiff

v.

Crown Financial Group, Inc.,
Kevin Reeves, individually,

Defendants and Third Party Plaintiffs,

v.

Receivable Management Solutions, Incorporated a/k/a Receivable Management Solution, Inc. a/k/a Receivable Management Services; James Henschell; and Evan McCollum,

Third Party Defendants.

Case No. Civil 00-656 MJD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

DATE: October 2, 2001

FRANCIS E. DOSAL, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk